MICHAEL R. AYERS
Nevada Bar No. 10851
**HINSHAW & CULBERTSON LLP**
3200 N. Central Avenue, Suite 800
Phoenix, AZ 85012
Telephone: 602-631-4400
Facsimile: 602-631-4404
mayers@hinshawlaw.com

and

GINA M. MUSHMECHE
Nevada Bar No. 10411
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for GC Services Limited Partnership

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP KERVIN; AND AMANDA KERVIN, <br><br> Plaintiffs, <br><br> v. <br><br> GC SERVICES, LIMITED PARTNERSHIP, <br><br> Defendant. | No. 2:13-cv-01461-MMD-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY** stipulated and agreed to by and between Plaintiffs, Phillip Kervin and Amanda Kervin, and Defendant, GC Services Limited Partnership, through their respective counsel, that this matter is hereby dismissed, in its entirety and on the merits, with prejudice and without costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side to bear their own costs and none of the parties will exchange any monies as part of this matter.

1  DATED this 5th day of March, 2014.

| HAINES & KRIEGER, LLC | HINSHAW & CULBERTSON LLP |
|---|---|
| /s/David H. Krieger (by permission) | /s/ Michael R. Ayers |
| David H. Krieger, Esq. | Michael R. Ayers |
| Nevada Bar No. 9086 | Nevada Bar No. 10851 |
| 8985 South Eastern Avenue, Suite 130 | 3200 North Central Avenue, Suite 800 |
| Las Vegas, NV 89123 | Phoenix, AZ 85012-2428 |
| Telephone: 702-880-5554 | Telephone: 602-631-4400 |
| Facsimile: 702-967-6665 | Facsimile: 602-631-4404 |
| Primary: dkrieger@hainesandkrieger.com | Primary: mayers@hinshawlaw.com |
| Attorneys for Plaintiffs Phillips and Amanda Kervin | Attorneys for GC Services Limited Partnership |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  March 5, 2014

### CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-1, I hereby certify that on March 5, 2014, I electronically transmitted the above **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter; all counsel being registered to receive Electronic Filing.

_____

130756353v1 0950239